IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| BRIAN KEITH LAURIE,<br><br>    Plaintiff,<br>v.<br><br>GREAT ARROW BUILDERS, LLC,<br><br>    Defendant. | 2:19-cv00932-DSC |

**PLAINTIFF'S MOTION TO REMAND**
**THIS ACTION TO STATE COURT**

  On July 31, 2019, Defendant Great Arrow Builders LLC removed this action from the Beaver County Court of Common Pleas to this Court. See ECF No. 1. According to Defendant, removal is proper because Plaintiff Brian Laurie's Pennsylvania Minimum Wage Act ("PMWA") claim is preempted under the Section 301 of the Labor Management Relations Act ("LMRA Section 301"). See id. at ¶ 4 (citing 29 U.S.C. § 185(a)).

  Plaintiff disagrees. As discussed in the accompanying brief, Defendant cannot satisfy its heavy burden under LMRA Section 301 of demonstrating that Plaintiff's PMWA claim is "inextricably intertwined" with the applicable collective bargaining agreement. Thus, Plaintiff's PMWA claim is not preempted, federal jurisdiction is lacking, and remand is required.

  **WHEREFORE**, Plaintiff, pursuant to 28 U.S.C. § 1447(c), respectfully requests that the Court enter the accompanying proposed order remanding this action to the

1

Beaver County Court of Common Pleas.

Date:  August 30, 2019                Respectfully,


                                  Timothy Conboy
                                  Conboy Law, LLC
                                  733 Washington Road, Suite 201
                                  Pittsburgh, PA  15228
                                  (412) 343-9060


                                  _____
                                  Peter Winebrake
                                  R. Andrew Santillo
                                  Mark J. Gottesfeld
                                  Winebrake & Santillo, LLC
                                  715 Twining Road, Suite 211
                                  Dresher, PA 19025
                                  (215) 884-2491

                                  *For Plaintiff and the Putative Class*