IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN KEITH LARUE**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) | 2:19cv932
| | ) | **Electronic Filing** |
| **GREAT ARROW BUILDERS LLC**, | ) |
| Defendant. | ) ) |

## ORDER OF COURT

AND NOW, this 25th day of September, 2020, in accordance with [28] the Order of March 31, 2020, and [31] the Opinion issued on this date and pursuant to Federal Rule of Civil Procedure 58, IT IS ORDERED that final judgment is entered in the form of the denial of defendant's motion to dismiss and the granting of plaintiff's motion to remand. The above-caption action is remanded to the Court of Common Pleas of Beaver County, Pennsylvania forthwith. The Clerk of Court shall mark the case closed.

    s/David Stewart Cercone
    David Stewart Cercone
    Senior United States District Judge

cc:    G. Timothy Conboy, Esquire
       Peter Winebrake, Esquire
       Clare M. Gallagher, Esquire
       Derek J. Illar, Esquire
       Lindsey C. Kennedy, Esquire

       (*Via CM/ECF Electronic Mail*)